STEPHEN C. RUEHMANN (167533)
MARC C. FISHER, ESQ. (44794)
**FISHER & RUEHMANN, LLP**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiffs,
DUANE L. HUGHES and
LAURA HUGHES

# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE L. HUGHES and LAURA HUGHES, | Case No.: C 10-02630 LHK |
| Plaintiffs, | |
| vs. | REQUEST FOR VOLUNTARY DISMISSAL and [PROPOSED] ORDER |
| SCME MORTGAGE BANKERS, INC., a California corporation; DEUTSHE BANK TRUST COMPANY AMERICAS, IN TRUST FOR, RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2007-QH5; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; GOLDEN STATE FINANCING, a California corporation; AURORA LOAN SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, | |
| Defendants. | |

///
///
///
///
///

1  NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily
2  dismisses the above captioned action without prejudice.

4  Dated: August 4, 2010                    /S/   Stephen C. Ruehmann
   Ruehmann
5                                           Stephen C. Ruehmann
                                            Attorney for Plaintiffs
6

8                                           **ORDER GRANTING DISMISSAL**
9  IT IS SO ORDERED.
10  Dated: August 11, 2010

                                            *Lucy H. Koh*
                                            _____
                                            LUCY H. KOH
                                            United States District Judge